| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number, and address): Norma V. Garcia, Esq. | SBN: 223512<br>GARCIA RAINEY BLANK AND BOWERBLANK<br>695 Town Center Drive, Suite 540 Costa Mesa, CA 92626 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (714) 382-7000 \| FAX NO. \| E-MAIL ADDRESS ngarciaguillen@garciarainey.com<br>ATTORNEY FOR (Name): Plaintiff: LI MEI CHEN | |

| United States District Court Central District of California | |
|---|---|
| STREET ADDRESS: 350 W. 1st Street | |
| CITY AND ZIP CODE: Los Angeles, CA 90012 | |
| BRANCH NAME: Western Division | |

| PLAINTIFF/PETITIONER: LI MEI CHEN, AN INDIVIDUAL<br>DEFENDANT/RESPONDENT: TAYLOR RONALD WOODS, AN INDIVIDUAL | CASE NUMBER:<br>2:22-ap-01196-ER |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Chen v. Woods |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other (specify documents): **Summons and Notice of Status Conference in Adversary Proceeding [LBR 7004-1]; Adversary Complaint**
3. a. Party served (specify name of party as shown on documents served):
   **TAYLOR RONALD WOODS, AN INDIVIDUAL**
   Age: 48-60 | Weight: 190 lbs | Hair: blonde | Sex: Male | Height: 6'1" | Eyes: n/a | Race: Caucasian

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):

4. Address where the party was served: **142 E Clearvue Dr**
   **Meridian, ID 83646-5212**
5. I served the party (check proper box)
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): **11/3/2022**  (2) at (time): **6:27 PM**
   b. ☐ **by substituted service.** On (date): at (time): I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   (date): from (city): **or** ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

|  |  | Page 1 of 2 |
|---|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>POS010-1/OC112237 |

| | | |
|---|---|---|
| PETITIONER: ERIC JAMES CHEN, AN INDIVIDUAL | | CASE NUMBER: |
| RESPONDENT: TAYLOR RONALD WOODS, AN INDIVIDUAL | | 2:22-ap-01196-ER |

Case 2:22-ap-01196-ER    Doc 10    Filed 11/08/22    Entered 11/08/22 15:14:27    Desc
Main Document    Page 2 of 2

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date)*:              (2) from *(city)*:

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify)*:
c. ☐ as occupant.
d. ☐ On behalf of
under the following Code of Civil Procedure section:

☐ 416.10 (corporation)                ☐ 415.95 (business organization, form unknown)
☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
☐ 416.50 (public entity)              ☐ 415.46 (occupant)
                                      ☐ other:

7. **Person who served papers**
   a. Name: **Janell Antrim - Nationwide Legal, LLC  REG: 12-234648**
   b. Address: **901 W. Civic Center Drive, Suite# 190  Santa Ana, CA 92703**
   c. Telephone number: **(714) 558-2400**
   d. **The fee** for service was: **$ 227.00**
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
         (i) ☐ owner      ☐ employee      ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **11/3/2022**

Nationwide Legal, LLC
901 W. Civic Center Drive, Suite# 190
Santa Ana, CA 92703
(714) 558-2400
www.nationwideasap.com

**Janell Antrim**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                ▶ *(signature)* (SIGNATURE)